| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>GORDON & REES LLP<br>JAMES A. MARISSEN (SBN 257699)<br>2211 MICHELSON DRIVE SUITE 400<br>IRVINE, CA 92612<br>   *Telephone No:* 949-255-6950<br><br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>YMMTC-1180103 | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

   *Plaintiff:* YANG MING MARINE TRANSPORT CORP., a foreign corporation
   *Defendant:* UC BRIDGE, INC., a California corporation, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-03645 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint for Violations, Civil Cover Sheet, Yang Ming Marine Transport Corp.'s Certificate of Interested Parties, Yang Ming Marine Transport Corp.'s Corporate Disclosure Statement, Notice to Counsel (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only), Statement of Consent to Proceed Before a United States Magistrate Judge (For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only)

3.   a.  Party served:  UC BRIDGE, INC., a California corporation
    b.  Person served:  YING GUANG WANG, AGENT FOR SERVICE OF PROCESS , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:  2651 Rocky Trail Rd., Diamond Bar, CA 91765

5. I served the party:
   a. **by substituted service.**  On: Mon, May 06 2019 at: 09:12 AM by leaving the copies with or in the presence of:
     YAN WANG, WIFE, AUTHORIZED TO ACCEPT SERVICE.

   (1)  [X]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [ ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [X]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GORDON & REES LLP<br>JAMES A. MARISSEN (SBN 257699)<br>2211 MICHELSON DRIVE SUITE 400<br>IRVINE, CA 92612<br>Telephone No: 949-255-6950<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>YMMTC-1180103 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: YANG MING MARINE TRANSPORT CORP., a foreign corporation<br>Defendant: UC BRIDGE, INC., a California corporation, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-03645 |

6. *Person Who Served Papers:*
   a. Cathy Jo Garcia (5882, Los Angeles)
   b. **FIRST LEGAL**
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $110.00
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/07/2019
(Date)                                              (Signature)



PROOF OF SERVICE

*3331142*
*(11402935)*
Page 2 of 2

| Attorney or Party without Attorney:<br>GORDON & REES LLP<br>JAMES A. MARISSEN (SBN 257699)<br>2211 MICHELSON DRIVE SUITE 400<br>IRVINE, CA 92612<br>   Telephone No: 949-255-6950<br>   Attorney For: Plaintiff | Ref. No. or File No.:<br>YMMTC-1180103 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: YANG MING MARINE TRANSPORT CORP., a foreign corporation |
| Defendant: UC BRIDGE, INC., a California corporation, et al. |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-03645 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint for Violations, Civil Cover Sheet, Yang Ming Marine Transport Corp.'s Certificate of Interested Parties, Yang Ming Marine Transport Corp.'s Corporate Disclosure Statement, Notice to Counsel (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only), Statement of Consent to Proceed Before a United States Magistrate Judge (For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only)

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, May 6, 2019
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: UC BRIDGE, INC., a California corporation
      2651 Rocky Trail Rd., Diamond Bar, CA 91765

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, May 6, 2019 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. DAVID LEDESMA (2891, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was: $110.00
   e. I am: A Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

05/07/2019
(Date)                              (Signature)



| Judicial Council Form | PROOF OF SERVICE | 3331142 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | BY MAIL | (11402935) |

| *Attorney or Party without Attorney:*<br>GORDON & REES LLP<br>JAMES A. MARISSEN (SBN 257699)<br>2211 MICHELSON DRIVE SUITE 400<br>IRVINE, CA 92612<br>   *Telephone No:* 949-255-6950<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>YMMTC-1180103 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* YANG MING MARINE TRANSPORT CORP., a foreign corporation<br>*Defendant:* UC BRIDGE, INC., a California corporation, et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-03645 |
|---|---|---|---|---|

1. I, Cathy Jo Garcia 5882, Los Angeles , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject UC BRIDGE, INC., a California corporation as follows:

2. *Documents:* Summons in a Civil Action, Complaint for Violations, Civil Cover Sheet, Yang Ming Marine Transport Corp.'s Certificate of Interested Parties, Yang Ming Marine Transport Corp.'s Corporate Disclosure Statement, Notice to Counsel (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only), Statement of Consent to Proceed Before a United States Magistrate Judge (For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only)

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Cathy Jo Garcia (5882, Los Angeles) on: May 3, 2019, 3:15 pm PDT at 2651 Rocky Trail Rd., Diamond Bar, CA 91765
No answer and no activity seen in the home.

2) Unsuccessful Attempt by: Cathy Jo Garcia (5882, Los Angeles) on: May 4, 2019, 12:04 pm PDT at 2651 Rocky Trail Rd., Diamond Bar, CA 91765
No answer and no activity seen in the home.

3) Successful Attempt by: Cathy Jo Garcia (5882, Los Angeles) on: May 6, 2019, 9:12 am PDT at 2651 Rocky Trail Rd., Diamond Bar, CA 91765 received by YAN WANG, WIFE, AUTHORIZED TO ACCEPT SERVICE.

4) May 6, 2019, mailed copy of documents to YING GUANG WANG.



AFFIDAVIT OF
DUE DILIGENCE

3331142
(11402935)
Page 1 of 2

| Attorney or Party without Attorney:<br>GORDON & REES LLP<br>JAMES A. MARISSEN (SBN 257699)<br>2211 MICHELSON DRIVE SUITE 400<br>IRVINE, CA 92612<br>　　Telephone No: 949-255-6950<br>　　Attorney For: Plaintiff | Ref. No. or File No.:<br>YMMTC-1180103 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: YANG MING MARINE TRANSPORT CORP., a foreign corporation<br>Defendant: UC BRIDGE, INC., a California corporation, et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-03645 |
|---|---|---|---|---|

　　　　　　　　　　　　　　　　　　　　Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
　　a. Cathy Jo Garcia (5882, Los Angeles)　　　d. **The Fee** for Service was: $110.00
　　b. **FIRST LEGAL**　　　　　　　　　　　　e. I am: A Registered California Process Server
　　　1517 W. Beverly Blvd.
　　　LOS ANGELES, CA 90026
　　c. (213) 250-1111

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.**

　　　　　　　　　　　　　　　　　05/07/2019
　　　　　　　　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　(Signature)



　　　　　　　　　　　　　　　　　　AFFIDAVIT OF　　　　　　　　　　　　　　3331142
　　　　　　　　　　　　　　　　　　DUE DILIGENCE　　　　　　　　　　　　(11402935)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 2